IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| BEAUCHAT, Justin C | 06/09/76 | 77-CR-209 |
| CASTELLON, Raul E | 06/13/94 | 92-CR-113 |
| CHUM, DANIEL | 07/17/90 | 01-CR-320 |
| CLARK, Mark H | 12/16/75 | 73-CR-308 |
| DE LUNA, Jose | 03/26/84 | 92-CR-118 |
| FREDRICKSON, Robert | 08/14/95 | 91-CR-245 |
| GONZALEZ JEX, Rafael | 08/02/98 | 01-CV-1009 |
| GONZALEZ JEX, Rafael | 07/27/98 | 01-CV-1009 |
| GRAHAM, Thomas | 02/09/07 | 98-CR-402 |
| HADDAD, Richard A | 06/20/78 | 76-539M |

Dated at Denver, Colorado, this ___ day of October, 2007.

BY THE COURT:

_____
Edward W Nottingham, Chief Judge