IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  98-CR-000402-LTB

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

THOMAS GRAHAM,

                 Defendant,

and

GUTTER SOLUTIONS N.W., INC.,

                 Garnishee.

_____

## GARNISHEE ORDER

_____

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Gutter Solutions N.W., Inc. shall, each pay period, pay 25% of Defendant=s disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court

and mailed to:

Clerk, U.S. District Court
901 19th Street, Suite A-105
Denver, CO 80294

Please include the following information on each check:

Name of Defendant:     Thomas Graham

Court Number:           98-CR-000402


BY THE COURT:


s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE


Dated:   March 10, 2015